IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00478-MSK-PAC

EDWARD J. KERBER,
NELSON B. PHELPS,
Individually, and as Representative of plan participants
and plan beneficiaries of the QWEST PENSION PLAN,

      Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,
QWEST PENSION PLAN DESIGN COMMITTEE,

      Defendants.
_____

**ORDER GRANTING MOTION FOR EXTENSION OF TIME AND PAGE LIMITS, AND DENYING, WITHOUT PREJUDICE, MOTION TO DISMISS**
_____

**THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Dismiss **(# 12)**; and the Defendants' Unopposed Motion for Extension fo Time to Answer and Motion to Extend Page Limits **(# 31)**.

The Defendants' Motion for Extension of Time indicates that, in light of the filing of the Plaintiffs' Amended Complaint **(# 29)**, arguments made in their Motion to Dismiss **(# 12)** may require re-evaluation. Although the Defendants appear to intend to incorporate that motion by reference in a subsequent motion to dismiss, such incorporation presents needless procedural and docketing complications for the Court, and shall not be permitted. Instead, the pending Motion to

1

Dismiss **(# 12)** is **DENIED** without prejudice, as moot.  The Defendants' Motion for Extension of Time to Answer **(# 31)** is **GRANTED**, and the Defendants shall Answer or move[1] against the Amended Complaint on or before December 22, 2005.  The Defendants' motion, if any, shall address <u>all</u> grounds upon which dismissal or judgment is sought, and shall not incorporate prior substantive arguments by reference.  Should the Defendants so move, the Defendants' request **(# 31)** for an extension of the Court's page limitations to 30 pages is **GRANTED**.

Dated this 29th day of November, 2005

**BY THE COURT:**

_(signature)_

Marcia S. Krieger
United States District Judge

---

[1] The Defendants indicate that they intend to file a "motion to dismiss and/or motion for summary judgment."  The Defendants are advised that, because the analytical framework, scope of review, and required format, *see* MSK Practice Standard H.2 and H.3, applicable to the two types of motions are different, a consolidated motion seeking both types of relief in the alternative is not acceptable.

2