IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00478-MSK-PAC

EDWARD J. KERBER,
NELSON B. PHELPS,
Individually, and as Representative of plan participants
and plan beneficiaries of the QWEST PENSION PLAN,

      Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,
QWEST PENSION PLAN DESIGN COMMITTEE,

      Defendants.

_____

**ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)**
_____

All parties to this action have consented **(#38)** to the exercise of jurisdiction by a United States Magistrate Judge for to all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than the Magistrate Judge currently assigned to this case. The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

DATED this 11th day of January 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge