IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00478-BNB-PAC

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and plan beneficiaries of the QWEST PENSION PLAN,

Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PENSION PLAN DESIGN COMMITTEE, and
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

Defendants.
_____

## ORDER
_____

This matter is before me on **Plaintiffs' Motion to Compel Document Production and for Modification of Scheduling Order** [Doc. # 39, filed 1/11/06] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as stated on the record.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

The parties appeared this morning for a Status/Scheduling Conference. The following schedule was established:

    **Discovery Cut-Off:**    September 8, 2006

(All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Deadline to File Motion for Class Certification**    September 8, 2006

**Dispositive Motions Deadline:**    September 29, 2006

**Expert Disclosures:**

**(a)** The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 3, 2006**

**(b)** The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 4, 2006**

**Final Pretrial Conference:** A final pretrial conference will be held in this case on **December 18, 2006, at 3:00 p.m.** A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 11, 2006**.

**Trial:** A four day trial to the court is set for **January 22-25, 2007**.

Dated February 10, 2006.

    BY THE COURT:

    s/ Boyd N. Boland
    United States Magistrate Judge