IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00478-BNB-PAC

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and plan beneficiaries of the QWEST
PENSION PLAN,

Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PENSION PLAN DESIGN COMMITTEE, and
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

Defendants.
_____

**ORDER**
_____

Upon review of the case file, and particularly the pending motion for summary judgment and related briefs and exhibits, which measure nearly six inches in height, as well as the pending motion for class certification, I have concluded that the case will not be ready for trial on January 22, 2007, as currently set.  Accordingly,

IT IS ORDERED that the four day trial to the court set for January 22-25, 2007, is VACATED.

IT IS FURTHER ORDERED that all other deadlines remain as previously set, including the final pretrial conference on December 18, 2006, at 3:00 p.m.  The parties should be prepared

to set a new trial date at the final pretrial conference.

Dated December 11, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge