IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00478-BNB-PAC

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and plan beneficiaries of the QWEST
PENSION PLAN,

Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PENSION PLAN DESIGN COMMITTEE, and
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

Defendants.
_____

**ORDER**
_____

The parties appeared for a final pretrial conference on December 18, 2006.  Consistent with matters discussed during the final pretrial conference:

IT IS ORDERED that on or before **January 12, 2007**, the defendants shall produce to the plaintiffs all minutes of the Employees Benefit Committee and attachments thereto for the period January 1, 1984, through December 31, 1990.

IT IS FURTHER ORDERED that the parties shall submit a revised exhibit list on or before **January 22, 2007.**

Dated December 19, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge