IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00478-BNB-KLM

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and plan beneficiaries of the QWEST
PENSION PLAN,

Plaintiffs,

v.

QWEST PENSION PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PENSION PLAN DESIGN COMMITTEE, and
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on several motions filed by the parties. By separate Order, I have granted summary judgment in favor of the defendants on all of the plaintiffs' claims. Accordingly,

IT IS ORDERED that:

(1) **Plaintiffs' Motion for Class Certification** [Doc. # 75, filed 9/8/2006] is DENIED AS MOOT;

(2) **Plaintiffs' Motion for Leave to File Brief in Excess of 20 Pages . . .** [Doc. # 145, filed 11/9/2007] is GRANTED;

(3) **Defendants' Unopposed Motion Clarifying Reply Deadline** [Doc. # 148, filed

11/27/2007] is GRANTED;

(4)     **Defendants' Motion to File Supplemental Authority in Support of Their Motion for Summary Judgment** [Doc. # 150, filed 2/8/2008] is GRANTED;

(5)     **Defendants' Second Motion to File Supplemental Authority in Support of Their Motion for Summary Judgment** [Doc. # 152, filed 9/9/2008] is GRANTED; and

(6)     the *Unopposed* **Motion to Submit Plaintiffs' Statement of Position . . .** [Doc. # 153, filed 9/10/2008] is DENIED.

Dated September 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge